## 49154. WILEY v. THE STATE.

QUILLIAN, Judge.

The Supreme Court on certiorari (*State v. Wiley,* 233 Ga. 316) having reversed the judgment of this court in *Wiley v. State,* 131 Ga. App. 511 (206 SE2d 140), the judgment is vacated and set aside. In accordance with the opinion of that court, the judgment of the lower court is affirmed.

*Judgment affirmed. Bell, C. J., and Clark, J., concur.*

DECIDED JANUARY 16, 1975.

*Frank B. Lanneau, III,* for appellant.
*Fred M. Hasty, District Attorney,* for appellee.